# USDC SCAN INDEX SHEET

















```
CGL    1/20/06    8:07
3:04-CV-02182    HENRY GRIFFITTS INC V. ACUSHNET COMPANY
*51*
*O.*
```

MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

<u>HENRY-GRIFFITTS</u> v. <u>ACUSHNET</u>                    Case No. <u>04cv2182 LAB(RBB)</u>

<u>HON. RUBEN B. BROOKS</u>    <u>CT. DEPUTY VICKY LEE</u>        Rptr. _____

Attorneys

| Plaintiffs | Defendants |
|---|---|
| David Dufek | Kevin Mayer |
| Christopher Walton | Roger Parkhurst |
| | Russell Hill |
| | Jonathan Hangartner |
| | Ryan Lindsey |

PROCEEDINGS:  ____ In Chambers   ____ In Court   ____ Telephonic

The settlement conference on January 20, 2006, is vacated. This case has settled.

A settlement disposition conference will be held on February 8, 2006, at 8:00 a.m. in the chambers of Magistrate Judge Brooks **UNLESS THE ORIGINAL AND COPIES OF A SIGNED STIPULATION FOR DISMISSAL of this case are hand-delivered or mailed to Marcia Garcia, secretary, Chambers of Magistrate Judge Brooks, 940 Front Street, Rm. 1185, San Diego, CA, 92101, prior to that time**. The stipulation for dismissal will be reviewed by Magistrate Judge Brooks and then forwarded to the district court. If a signed stipulation cannot be provided to the chambers of Magistrate Judge Brooks on or before the date indicated above, counsel shall contact the chambers of Magistrate Judge Brooks at least one court day before the date indicated above to explain the reasons therefor. **If the parties wish to consent to continuing magistrate judge jurisdiction, a consent form signed by parties and counsel shall accompany the stipulation for dismissal. Consent forms are available in the Clerk's Office or on-line**. Monetary sanctions shall be imposed for failure to comply with this order.

DATE: <u>January 18, 2006</u>       IT IS SO ORDERED: /s/ Ruben Brooks
                                                    Ruben B. Brooks,
                                                    U.S. Magistrate Judge
cc: Judge Burns                          INITIALS: <u>VL (mg/irc)</u> Deputy
    All Parties of Record

K:\COMMON\BROOKS\CASES\HENRY-GRIFFITTS2182\MINUTE06.wpd