USDC SCAN INDEX SHEET










```
R1R    1/24/06    9:37
3:04-CV-02182    HENRY GRIFFITTS INC V. ACUSHNET COMPANY
*53*
*CONSJGM.*
```

Roger W. Parkhurst (admitted pro hac vice)
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, NW
Washington, DC 20036-1745
Telephone: (202) 429-6420
Facsimile: (202) 429-3902

Kevin C. Mayer (SBN: 118177)
STEPTOE & JOHNSON LLP
633 West Fifth Street, Suite 700
Los Angeles, CA 90071
Telephone: (213) 439-9400
Facsimile: (213) 439-9599

Attorneys for Defendant
ROGER CLEVELAND GOLF CO., INC.

FILED

06 JAN 23 AM 10: 05

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY-GRIFFITTS, INC., | Case No. 04 CV 2182 LAB(RBB) |
| Plaintiff, | |
| vs. | Hon. Larry Alan Burns |
| ACUSHNET COMPANY d/b/a TITLEIST GOLF, ROGER CLEVELAND GOLF COMPANY, INC., and TAYLOR MADE GOLF COMPANY, | Courtroom 9 |
| Defendants | STIPULATED CONSENT JUDGMENT |
| ROGER CLEVELAND GOLF COMPANY, INC., | |
| Counterclaimant, | |
| vs. | |
| HENRY-GRIFFITTS, INC., | |
| Counterdefendant. | |

ENTERED ON 1/24/06

Page 1

Stipulated Consent Judgment

CASE NO. 04 CV 2182 LAB(RBB)

53 ORIGINAL

In view of and predicated on the Court's January 4, 2006 Order Construing Patent Claim, all parties to this civil action, by their respective undersigned counsels of record, hereby stipulate to entry of a consent judgment of non-infringement in this civil action as follows:

1.  Whereas the accused golf club lie-angle fitting system used and sold in the United States by defendant Roger Cleveland Golf Company, Inc. does not include each and every element and equivalents thereof including 35 U.S.C § 112, paragraph six equivalents, of any of the claims of Henry-Griffitts' U.S. Patent 4,932,662 as construed by this Court in its January 4, 2006 Order Construing Patent Claim; and

2.  Whereas the accused golf club lie-angle fitting system used and sold in the United States by defendant Taylor Made Golf Company d/b/a TaylorMade-Adidas Golf Company does not include each and every element and equivalents thereof including 35 U.S.C § 112, paragraph six equivalents, of any of the claims of Henry-Griffitts' U.S. Patent 4,932,662 as construed by this Court in its January 4, 2006 Order Construing Patent Claim;

3.  Thus, for at least the reasons stated in points 1. and 2., above, neither Cleveland Golf nor Taylor Made has committed any act of infringement, per 35 U.S.C. §271 and the judicially created doctrine of equivalents and 35 U.S.C. § 112, paragraph six equivalents, of Henry-Griffitts' U.S. Patent 4,932,662, and therefore the parties stipulate consent to entry of a Final Judgment of Non-infringement in this civil action, which judgment:

   A.  Enters judgment of non-infringement in favor of each of Cleveland Golf and Taylor Made against Henry-Griffitts on the non-infringement counterclaims of each of Cleveland Golf and Taylor Made, respectively, declaring that neither Cleveland Golf nor Taylor Made has infringed any of claims 1-17 of the '662 patent-in-suit; and

   B.  Enters judgment of non-infringement in favor of each of Cleveland Golf and Taylor Made against Henry-Griffitts dismissing with prejudice Henry-Griffitts' claims for infringement of its '662 patent-in-suit; and

   C.  Enters judgment dismissing, without prejudice, all other aspects of the claims, counterclaims and defenses of each of Cleveland Golf and Taylor Made, respectively.

4.   The parties understand that Henry-Griffitts may disagree with the Court's January 4, 2006 Order Construing Patent Claim, and may wish to appeal this judgment to the U.S. Court of Appeals for the Federal Circuit for appellate review of that Order, and therefore the parties agree that entry of this judgment of non-infringement shall not constitute any implied or express agreement by Henry-Griffitts with the Court's claim construction ruling, or any waiver of Henry-Griffitts' right of appeal from this judgment.

5.   Inasmuch as upon entry of this judgment there will be no claims or counterclaims remaining in this civil action, this stipulated consent judgment, will, upon entry, be a Rule 58, Fed. R. Civ. P., final judgment of this Court in this civil action.

6.   Each party is to bear all of its own costs, expenses, and attorneys' fees to date.

SO AGREED AND STIPULATED:

HENRY-GRIFFITTS, INC.

By: /s/ *signature*
David Sean Dufek (SBN 193723)
1655 Camino Del Rio, Suite 203
San Diego, CA 92108
Tel.: (619) 222-5886
Fax: (619)222-5486

Raymond M. Galasso (admitted pro hac vice)
Christopher S. Walton (admitted pro hac vice)
Gregory S. Donahue (admitted pro hac vice)
SIMON GALASSO & FRANTZ, PLC
6300 Bridgepoint Parkway
Building One, Suite 410A
Austin, TX 78730
Tel.: (512) 213-1311
Fax.: (512)213-1411

ROGER CLEVELAND GOLF CO., INC.

By:_____
Roger W. Parkhurst (admitted pro hac vice)
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, N.W.
Washington, DC 20036-1745
Tel.: (202) 429-6420
Fax.: (202) 429-3902

Kevin C. Mayer (SBN 118177)
STEPTOE & JOHNSON LLP
633 West Fifth Street, Suite 700
Los Angeles, CA 90071
Tel.: (213) 439-9400
Fax.: (213) 439-9599


TAYLORMADE GOLF CO. d/b/a
TAYLORMADE-ADIDAS GOLF CO.

By: /s/ *signature*
Jonathan Hangartner (SBN 196268)
SHAPPARD MULLIN RICHTER
   AND HAMPTON LLP
501 West Broadway
Suite 1900
San Diego, Ca 92101-3598
Tel.: (619) 358-6500
Fax: (619) 234-3815

* * * * * * *

SO ORDERED:

January __, 2006

_____
Larry Alan Burns
United States District Judge

---

Page 4

CASE NO. 04 CV 2182 LAB(RBB)

Stipulated Consent Judgment

SO AGREED AND STIPULATED:

HENRY-GRIFFITTS, INC.                    ROGER CLEVELAND GOLF CO., INC.

By: /s/                                   By: /s/
David Sean Dufek (SBN 193723)             Roger W. Parkhurst (admitted pro hac vice)
1655 Camino Del Rio, Suite 203            STEPTOE & JOHNSON LLP
San Diego, CA 92108                       1330 Connecticut Avenue, N.W.
Tel.: (619) 222-5886                      Washington, DC 20036-1745
Fax: (619)222-5486                        Tel.: (202) 429-6420      19 JAN 06
                                          Fax.: (202) 429-3902

Raymond M. Galasso (admitted pro hac vice)
Christopher S. Walton (admitted pro hac vice)   Kevin C. Mayer (SBN 118177)
Gregory S. Donahue (admitted pro hac vice)      STEPTOE & JOHNSON LLP
SIMON GALASSO & FRANTZ, PLC               633 West Fifth Street, Suite 700
6300 Bridgepoint Parkway                  Los Angeles, CA 90071
Building One, Suite 410A                  Tel.: (213) 439-9400
Austin, TX 78730                          Fax.: (213) 439-9599
Tel.: (512) 213-1311
Fax.: (512)213-1411

                                          TAYLORMADE GOLF CO. d/b/a
                                          TAYLORMADE-ADIDAS GOLF CO.


                                          By:_____
                                          Jonathan Hangartner (SBN 196268)
                                          SHAPPARD MULLIN RICHTER
                                              AND HAMPTON LLP
                                          501 West Broadway
                                          Suite 1900
                                          San Diego, Ca 92101-3598
                                          Tel.: (619) 358-6500
                                          Fax.: (619) 234-3815

                    *    *    *    *    *    *    *

SO ORDERED:

January 23, 2006                          /s/ Larry A. Burns
                                          _____
                                          Larry Alan Burns
                                          United States District Judge

---

Page 4

CASE NO. 04 CV 2182 LAB(RBB)

Stipulated Consent Judgment

## PROOF OF SERVICE

### STATE OF CALIFORNIA, COUNTY OF SAN DIEGO

I am employed in the County of San Diego; I am over the age of eighteen years and not a party to the within entitled action; my business address is 501 West Broadway, 19th Floor, San Diego, California 92101-3598.

On **January 20, 2006**, I served the following document(s) described as

**STIPULATED CONSENT JUDGMENT**

on the interested party(ies) in this action by placing true copies thereof enclosed in sealed envelopes and/or packages addressed as follows:

**See Attached Service List**

☒ **BY MAIL:** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at San Diego, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **BY FACSIMILE:** I served said document(s) to be transmitted by facsimile pursuant to Rule 2008 of the California Rules of Court. The telephone number of the sending facsimile machine was 619-234-3815. The name(s) and facsimile machine telephone number(s) of the person(s) served are set forth in the service list. The sending facsimile machine (or the machine used to forward the facsimile) issued a transmission report confirming that the transmission was complete and without error. Pursuant to Rule 2008(e), a copy of that report is attached to this declaration.

☐ **BY OVERNIGHT DELIVERY:** I served such envelope or package to be delivered on the same day to an authorized courier or driver authorized by the overnight service carrier to receive documents, in an envelope or package designated by the overnight service carrier to Raymond M. Galasso and Christopher S. Walton.

☒ **FEDERAL:** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on **January 20, 2006**, at San Diego, California.

_____
Phyllis Chavez

## SERVICE LIST

| David Sean Dufek, Esq.<br>2655 Camino Del Rio North, Suite 203<br>San Diego, CA 92108<br>Telephone: 619-222-5886<br>Facsimile: 619-222-5486<br><br>*Attorneys for Plaintiff Henry-Griffitts, Inc.* | Raymond M. Galasso, Esq.<br>Christopher S. Walton, Esq.<br>Gregory Donahue, Esq.<br>Simon, Galasso & Frantz, PLC<br>Building One, Suite 410A<br>6300 Bridgepoint Parkway<br>Austin, TX 78730<br>Telephone: 512-231-1311<br>Facsimile: 512-231-1411<br><br>rgalasso@sgfattorneys.com<br>cwalton@sgfattorneys.com<br><br>*Attorneys for Plaintiff Henry-Griffitts, Inc.* |
|---|---|
| Kevin C. Mayer, Esq.<br>Steptoe & Johnson LLP<br>633 West Fifth Street, Suite 700<br>Los Angeles, CA 90071<br>Telephone: 213-439-9422<br>Facsimile: 213-439-9599<br><br>*Attorneys for Defendant Roger Cleveland Golf Co., Inc.* | Roger W. Parkhurst, Esq.<br>Steptoe & Johnson LLP<br>1330 Connecticut Avenue N.W.<br>Washington, DC 20036<br>Telephone: 202-429-6420<br>Facsimile: 202-263-3559<br><br>rparkhurst@steptoe.com<br><br>*Attorneys for Defendant Roger Cleveland Golf Co., Inc.* |